UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDELBASET ABDELMAGID
YOUSSEF,

    Plaintiff,

v.

BILL SCHUETTE, et al.,

    Defendants.
_____/

Case No. 17-10610

Honorable Victoria A. Roberts

## ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' AMENDED MOTION TO DISMISS [Doc. 10]

Plaintiff filed this case on February 27, 2017. On April 6, 2017, Defendants filed an Amended Motion to Dismiss. [Doc. 10]. Rather than respond to the motion, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

Accordingly, Defendants' Amended Motion to Dismiss is **DENIED WITHOUT PREJUDICE**.

Moreover, three of the defendants named in the original complaint are not named in the amended complaint: the Department of Licensing and Regulatory Affairs, the Bureau of Professional Licensing and the Board of Medicine, Disciplinary Subcommittee. The Court **TERMINATES** those parties from this case.

    **IT IS ORDERED**.

                                  S/Victoria A. Roberts
                                  Victoria A. Roberts
                                  United States District Judge

Dated: April 21, 2017